[No. 1053-1.    Division One—Panel 1.    July 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. GRANT NELSON SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 55384, George R. Stuntz, J., entered March 24,

1971. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Williams, J.